UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
FEB 27 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Scott Tyree,
   Plaintiff, pro se,

v.

Case No.: 5:14-CT-3158-BO

United States of America,
   Defendant.

## MOTION FOR DEFAULT JUDGEMENT OR IN THE ALTERNATIVE EXTENSION OF TIME TO REPLY TO THE GOVERNMENT'S RESPONSE TO PLAINTIFF'S COMPLAINT

I, Scott Tyree, Plaintiff, pro se, hereby brings before this Honorable Court my MOTION to grant Default Judgment, pursuant to my previous request, filed in this Court on January 26, 2015, or in the alternative to extend my time to file a reply to the Government's responsive pleading until such time as I receive said responsive pleading, plus reasonable time to file my reply. In support of this I submit the following:

1. I **have not**, as of the date of this motion, received a responsive pleading from the Office of the United States Attorney for the Eastern District of North Carolina, or from the Office of the Attorney General of the United States. See, Exhibit "A," Declaration of Scott Tyree (attached).

2. I submit that this is the second time I have brought to this Honorable Court's attention my lack of receipt or a copy of the Government's Responsive pleading in this action from either the United States Attorney for the Eastern District of North Carolina or from the Attorney General of the United States.

3. I would like to invite this Honorable Court to request a true and correct copy of the incoming "Special Mail" records from the Federal Bureau of Prisons at FCI-Elkton in order to verify for itself that this statement is in fact true. Such records will show conclusively that I have not as of the time of this filing received ANYTHING from either the U.S. Attorney or the Attorney General.

4. I am proceeding in this matter pro se, I am unlearned, unschooled, and and ignorant of the law.

5. I have limited access to the institution's law library due to my prison work assignment.

6. I have no access to the rules of North Carolina state courts, or any North Carolina case law.

7. I submitted a Request for Default Judgment to the Clerk of the Court for the Eastern District of North Carolina on January 26, 2015, and I have yet to receive any response to this request.

Date: February 23, 2015

Scott Tyree
Plaintiff, pro se

Reg. #45380-083
FCI-Elkton
P.O. Box 10
Lisbon, OH 44432