IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CT-3158-BO

| | |
|---|---|
| SCOTT TYREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Scott Tyree ("plaintiff") filed this action against the United States pursuant to the Federal Torts Claim Act 28 U.S.C. § 2672, *et seq.* The court stayed discovery in this case to allow the parties to explore pretrial resolution of the action. On January 18, 2023, the parties notified the court that they "have agreed in principle to a final settlement that will resolve the matter," and that "once the settlement agreement is signed by the parties, Plaintiff will file a stipulation of dismissal." See (DE 150). Accordingly, the parties have until March 20, 2023, to file their stipulation of dismissal. In the event the parties fail to file the stipulation within the time period provided, the court will issue a scheduling order.

SO ORDERED, this the 14 day of February, 2023.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge